**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                          CASE NO. 09-40551-TLH4
                                                CHAPTER 13
ROBERT ALAN CULVER
JULIE ANN CULVER

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: FOXWOOD GLEN HOMEOWNERS ASSOC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 401548 in the amount of 127.65 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

      /s/Leigh D. Hart or
      /s/William J. Miller, Jr.
        OFFICE OF THE CHAPTER 13 TRUSTEE
        POST OFFICE BOX 646
        TALLAHASSEE, FL 32302
        ldhecf@earthlink.net
        (850) 681-2734 "Telephone"
        (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| ROBERT ALAN CULVER | FOXWOOD GLEN HOMEOWNERS |
| JULIE ANN CULVER | ASSOCIATION, INC. |
| 9056 FOXWOOD DRIVE, SOUTH | DREW WINTERS |
| TALLAHASSEE, FL 32309 | 701 E. TENNESSEE STREET |
| | TALLAHASSEE, FL 32308 |

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

      /s/Leigh D. Hart or
      /s/William J. Miller, Jr.
10/28/2010  2:49 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE