```
            UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF FLORIDA
                 TALLAHASSEE DIVISION
```

```
IN RE:                              CASE NO. 09-40551-TLH4
                                    CHAPTER 13
ROBERT ALAN CULVER
JULIE ANN CULVER

            Debtor(s)         /
```

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: FOXWOOD GLEN HOMEOWNERS ASSOC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 413976 in the amount of 63.83 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

ROBERT ALAN CULVER
JULIE ANN CULVER
9056 FOXWOOD DRIVE, SOUTH
TALLAHASSEE, FL 32309

FOXWOOD GLEN HOMEOWNERS
ASSOCIATION, INC.
DREW WINTERS
701 E. TENNESSEE STREET
TALLAHASSEE, FL 32308

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

5/31/2011  3:05 pm / CR_213

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE