```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                     TALLAHASSEE DIVISION
```

IN RE:                                CASE NO. 09-40551-TLH4
                                      CHAPTER 13
ROBERT ALAN CULVER
JULIE ANN CULVER

_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: FOXWOOD GLEN HOMEOWNERS ASSOC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 415773 in the amount of 302.86 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                                /s/Leigh D. Hart or
                                /s/William J. Miller, Jr.
                                   OFFICE OF THE CHAPTER 13 TRUSTEE
                                   POST OFFICE BOX 646
                                   TALLAHASSEE, FL 32302
                                   ldhecf@earthlink.net
                                   (850) 681-2734 "Telephone"
                                   (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
ROBERT ALAN CULVER            FOXWOOD GLEN HOMEOWNERS
JULIE ANN CULVER              ASSOCIATION, INC.
9056 FOXWOOD DRIVE, SOUTH     DREW WINTERS
TALLAHASSEE,  FL  32309       701 E. TENNESSEE STREET
                              TALLAHASSEE, FL 32308
AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                                /s/Leigh D. Hart or
                                /s/William J. Miller, Jr.
6/23/2011  1:27 pm / CR_213        OFFICE OF CHAPTER 13 TRUSTEE
```